# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

December 27, 2016

*By the Court*:

| | |
|---|---|
| TIMOTHY OZINGA, et al.,<br>        Plaintiffs-Appellants, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of |
| No. 15-3648                    v. | ] Illinois, Eastern Division.<br>] |
| SYLVIA MATHEWS BURWELL, In her<br>official capacity as Secretary of<br>the U.S. Department of Health and<br>Human Services, et al.,<br>        Defendants-Appellees. | ] No. 1:13-cv-03292<br>]<br>] Thomas M. Durkin,<br>]        Judge.<br>] |

**IT IS ORDERED** that the opinion and judgment issued December 27, 2016, are **WITHDRAWN** as erroneously issued.  The appeal remains under consideration by the court.